IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOYCE ELAINE RAINES,

    Plaintiff,

v.                                                      CASE NO. 1:13-cv-168-MP-GRJ

ARS NATIONAL SERVICES,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On September 10, 2013, the undersigned ordered Plaintiff, a *pro se* non-prisoner litigant, to (1) either pay the $400.00 filing fee or move for leave to proceed as a pauper; and (2) file a service copy. (Doc. 3.) Plaintiff failed to comply on or before September 24, 2013, as ordered by the Court. On September 27, 2013, the undersigned ordered Plaintiff to show cause on or before October 11, 2013, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 15th day of October 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**